# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILLIP SEMPER, et al., | Case No. 2:20-CV-1875 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court are plaintiffs' unopposed motions to extend time to respond, (ECF Nos. 20, 21), to defendants' motions to dismiss, (ECF Nos. 15, 17). The instant motions were timely filed. Plaintiffs' counsel at the ACLU requests additional time due to her work surrounding the 2020 election. The parties have communicated and agreed on the extension. (ECF Nos. 15, 17). This court finds that this request is not made for the purpose of delay and in good faith. This is plaintiffs' first request.

This court grants plaintiff's motions, (ECF Nos. 20, 21), allowing a 30-day extension to respond on both motions to dismiss, (ECF Nos. 15, 17).

Accordingly,

IT IS SO ORDERED.

DATED October 30, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**