**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department, Sheriff Joseph Lombardo,
   Andrew Bauman, Matthew Kravetz, Supreet Kaur,
   David Jeong, and Theron Young

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP SEMPER, an individual; COREY JOHNSON, an individual; ASHLEY MEDLOCK, an individual; CORY BASS, an individual; MICHAEL GREEN, an individual; DEMARLO RILEY, an individual; BREANNA NELLUMS, an individual; CLINTON REECE, an individual; ANTONIO WILLIAMS, an individual; LONICIA BOWIE, an individual; CARLOS BASS, an individual; and DEMETREUS BEARD, an individual,<br><br>              Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; CAESARS | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**<br><br>**(FIRST REQUEST)** |

MAC:14687-296 4224138_1 12/8/2020 1:00 PM

| | |
|---|---|
| 1 | ENTERTAINMENT CORPORATION D/B/A RIO ALL-SUITES HOTEL; RIO PROPERTIES, LLC; JOHN CARLISLE, individually and in his capacity as an employee of the Rio Hotel & Casino; DOE LVMPD GANG TASK FORCE OFFICERS 1-10; DOE LVMPD OFFICERS 1-10; DOE LVMPD SUPERVISORS 1-5; DOE RIO EMPLOYEES 1-10, |
| 6 | Defendants. |

### STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL

### (FIRST REQUEST)

The parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that LVMPD Defendants' Reply in Support of Motion for Partial Dismissal [ECF No. 17], currently due on December 8, 2020, be extended to and including Tuesday, December 15, 2020.

Counsel for Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants") received an emergency motion today that is currently scheduled for hearing on December 10, 2020 in the Eighth Judicial District Court, Case No. A-17-758501-W that necessitates an immediate response and the parties have agreed to a one-week extension for LVMPD Defendants reply deadline. This request for extension is made in good faith and necessary to provide additional time for preparation of the response and not for the purposes of delay.

. . .

. . .

. . .

. . .

. . .

. . .

MAC:14687-296 4224138_1 12/8/2020 1:00 PM

WHEREFORE, the parties respectfully request that the Reply be extended to and including Tuesday, December 15, 2020.

DATED this 8th day of December, 2020

AMERICAN CIVIL LIBERTIES UNION OF NEVADA

By: /s/ Nicole C. Levy
    Nicole C. Levy, Esq.
    Nevada Bar No. 15061
    601 South Rancho Drive, Suite B-11
    Las Vegas, Nevada 89106
    Attorney for Plaintiffs

DATED this 8th day of December, 2020

LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES

By: /s/ Lisa A. Rasmussen
    Lisa A. Rasmussen., Esq.
    Nevada Bar No. 7491
    550 E. Charleston Blvd., Suite A
    Las Vegas, Nevada 89104
    Attorney for Plaintiffs

DATED this 8th day of December, 2020

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Andrew Bauman, Matthew Kravetz, Supreet Kaur, David Jeong, and Theron Young

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED December 9, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

MAC:14687-296 4224138_1 12/8/2020 1:00 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 8th day of December, 2020.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach Coffing