UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILLIP SEMPER, et al., | Case No. 2:20-cv-01875-JCM-EJY |
| Plaintiffs, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pending before the Court is the Motion to Withdraw as Counsel for Cory Bass (ECF No. 53, as amended by ECF No. 56); Motion to Withdraw as Counsel for Breanna Nellums (ECF No. 54); and, Motion to Withdraw as Counsel for Antonio Williams (ECF No. 55). No responses to these Motions were timely filed.

In accordance with Local Rule 7-2(d), the Court treats each Plaintiff's failure to file an opposition to the Motion to Withdraw as consent to the applicable Motion. The Court further notes that no trial date is set in this matter and discovery does not close until February 28, 2022. Thus, there appears to be no prejudice that will arise from granting the Motions to Withdraw. Each Motion further demonstrates that multiple attempts have been made by Counsel to communicate with the Plaintiffs. These requests have been through telephone, email, and U.S. Mail. Plaintiffs have not responded to these attempts. Counsel further warned each Plaintiff that withdrawal would be requested if the applicable Plaintiff failed to contact Counsel. Accordingly, Counsel has demonstrated withdrawal is appropriate under Local and Supreme Court Rules.

Therefore, IT IS HEREBY ORDERED that:

- the Motions to Withdraw as Counsel for Cory Bass (ECF No. 53 and ECF No. 56) are GRANTED;
- the Motion to Withdraw as Counsel for Breanna Nellums (ECF No. 54) is GRANTED; and,

1 | - the Motion to Withdraw as Counsel for Antonio Williams (ECF No. 55) is GRANTED.
2 |
3 | Dated this 19th day of October, 2021.
4 |
5 |
6 | _____
  | ELAYNA J. YOUCHAH
7 | UNITED STATES MAGISTRATE JUDGE

2