**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Las Vegas Metropolitan
    Police Department, Sheriff Joseph Lombardo,
    Andrew Bauman, Matthew Kravetz, Supreet Kaur,
    David Jeong, and Theron Young

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP SEMPER, an individual; COREY JOHNSON, an individual; ASHLEY MEDLOCK, an individual; CORY BASS, an individual; MICHAEL GREEN, an individual; DEMARLO RILEY, an individual; BREANNA NELLUMS, an individual; CLINTON REECE, an individual; ANTONIO WILLIAMS, an individual; LONICIA BOWIE, an individual; CARLOS BASS, an individual; and DEMETREUS BEARD, an individual,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; THERON YOUNG, individually and | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS** |

MAC:14687-296 4537972_1 11/12/2021 11:04 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

in his capacity as a Las Vegas Metropolitan Police Department Officer; CAESARS ENTERTAINMENT CORPORATION D/B/A RIO ALL-SUITES HOTEL; RIO PROPERTIES, LLC; JOHN CARLISLE, individually and in his capacity as an employee of the Rio Hotel & Casino; DOE LVMPD GANG TASK FORCE OFFICERS 1-10; DOE LVMPD OFFICERS 1-10; DOE LVMPD SUPERVISORS 1-5; DOE RIO EMPLOYEES 1-10,

Defendants.

## STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS

Plaintiffs Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie, by and through their counsel of record, Christopher M. Peterson, Esq., of American Civil Liberties Union of Nevada, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach Coffing, hereby stipulate and agree to stay all pending deadlines so that Plaintiffs and LVMPD Defendants can enter into settlement discussions and negotiations without incurring additional attorney's fees and costs. This Stipulation is being entered in good faith and not for purposes of delay.

1.     Throughout the instant litigation, counsel for the LVMPD Defendants and identified Plaintiffs have informally discussed the possibility of settlement.

2.     At this stage, LVMPD Defendants and the identified Plaintiffs have conducted some discovery and now wish to explore the possibility of settlement without incurring additional time and expense litigating the instant matter.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-296 4537972_1 11/12/2021 11:04 AM

3.      As such, LVMPD Defendants and the identified Plaintiffs hereby agree and request the Court enter a stay of all deadlines in the instant case until February 15, 2022.

4.      This is the second request for a stay for purposes of settlement negotiations.

5.      The identified Plaintiffs and LVMPD Defendants further agree and stipulate that the stay does not effect any pending or outstanding written discovery responses and such responses are due in accordance with the Federal Rules of Civil Procedure.

6.      The identified Plaintiffs and LVMPD Defendants further agree and stipulate that any depositions currently scheduled for deponents Detective Blake Walford for November 16, 2021 and FRCP 30(b)(6) of LVMPD for December 9, 2021 are vacated.  The re-scheduling of these depositions and the scheduling of any additional depositions is stayed until after February 15, 2022.

7.      Notwithstanding the stay, the identified Plaintiffs and LVMPD Defendants intend to and hereby agree to cooperate in the exchange of information as needed to facilitate settlement.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-296 4537972_1 11/12/2021 11:04 AM

8.      If the parties do not reach a settlement during the stay, the parties further agree and stipulate that the parties will submit a new proposed Discovery plan to the Court within fourteen (14) days of the expiration of the stay. The parties agree that the new proposed Discovery Plan must provide, at a minimum, the same number of days to complete the parties' outstanding obligations, including amending the complaint and disclosing expert witnesses, as the current Discovery Plan but for the implementation of the stay provided by this stipulation.

IT IS SO STIPULATED.

Dated this 12th day of November, 2021

AMERICAN CIVIL LIBERTIES UNION
OF NEVADA

By: ___/s/ Christopher M. Peterson___
      Christopher M. Peterson, Esq.
      Nevada Bar No. 13932
      601 South Rancho Drive, Suite B-11
      Las Vegas, Nevada 89106
      Attorneys for Plaintiffs Phillip Semper,
      Corey Johnson, Ashley Medlock,
      Michael Green, Demarlo Riley, Clinton
      Reece, and Lonicia Bowie

Dated this 12th day of November, 2021

MARQUIS AURBACH COFFING

By: ___/s/ Jackie V. Nichols___
      Craig R. Anderson, Esq.
      Nevada Bar No. 6882
      Jackie V. Nichols, Esq.
      Nevada Bar No. 14246
      10001 Park Run Drive
      Las Vegas, Nevada 89145
      Attorneys for Defendants Las Vegas
      Metropolitan Police Department,
      Sheriff Joseph Lombardo, Andrew
      Bauman, Matthew Kravetz, Supreet
      Kaur, David Jeong, and Theron Young

## ORDER

IT IS SO ORDERED this 12th day of November, 2021.

UNITED STATES MAGISTRATE JUDGE

MAC:14687-296 4537972_1 11/12/2021 11:04 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816