CHRISTOPHER M. PETERSON
Nevada Bar No. 13932
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
Tel./Fax. (702) 366-1902 / (702) 366-1331
Email: Peterson@aclunv.org

LISA A. RASMUSSEN
Nevada Bar No. 7491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Tel./Fax (702) 222-0007 / (702) 222-0001
Email: Lisa@VeldLaw.com

ROBERT L. LANGFORD
Nevada Bar No. 3988
MATTHEW J. RASHBROOK
Nevada Bar No. 12477
ROBERT L. LANGFORD & ASSOCIATES
616 South Eighth Street
Las Vegas, NV 89101
Tel./Fax (702) 471-6565 / (702) 991-4223
Email: Robert@robertlangford.com
Email: Matt@robertlangford.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEVADA

| | |
|---|---|
| PHILLIP SEMPER, an individual; COREY JOHNSON, an individual; ASHLEY MEDLOCK, an individual; CORY BASS, an individual; MICHAEL GREEN, an individual; DEMARLO RILEY, an individual; BREANNA NELLUMS, an individual; CLINTON REECE, an individual; ANTONIO WILLIAMS, an individual; LONICIA BOWIE, an individual; CARLOS BASS, an individual; and DEMETREUS BEARD, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; | Case Number: <br><br> 2:20-cv-01875-JCM-EJY <br><br> **Motion for Extension to File Renewed Motion for Substitution of Party** |

1

| | |
|---|---|
| 1 | MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; CAESARS ENTERTAINMENT CORPORATION D/B/A RIO ALL-SUITES HOTEL; RIO PROPERTIES, LLC; JOHN CARLISLE, individually and in his capacity as an employee of the Rio Hotel & Casino; DOE LVMPD GANG TASK FORCE OFFICERS 1-10; DOE LVMPD OFFICERS 1-10; DOE LVMPD SUPERVISORS 1-5; DOE RIO EMPLOYEES 1-10, |
| | Defendants. |

CHRISTOPHER M. PETERSON respectfully moves this Court to extend the deadline for counsel for Phillip Semper to file a renewed motion seeking to substitute the proper party for Mr. Semper. Specifically, counsel requests an extension of 45 days.

On September 1, 2021, counsel for Phillip Semper filed a "Suggestion of Death and Motion for Substitution of Party." Pl.'s Mot. for Substitution of Party, ECF No. 47. This Court denied that motion without prejudice the same day but granted "a 90-day extension of time to file a renewed motion seeking to substitute the proper party for the deceased Plaintiff [Phillip Semper]." Order at 2, ECF No. 48. In the same order, the Court admonished counsel that "if an estate [had] not been established or legal representative of the estate not established before the expiration of the 90 day stay, it [was] the responsibility of Counsel for Mr. Semper to seek a further extension of time to identify, substitute, and serve a motion to substitute the proper party for [Mr. Semper]." *Id*.

Respectfully, counsel now seeks such an extension. Since September 1, 2021, counsel for Mr. Semper has contacted Mr. Semper's mother, Connie Denice Semper, and she is currently working on setting up Mr. Semper's estate. Mrs. Semper has retained legal counsel for that effort, Alice S. Denton, a Las Vegas estate planning attorney with the firm Denton Cho.

The legal staff at Denton Cho have indicated that an extension of 45 days would be sufficient time for Mrs. Semper to establish the estate.

CHRISTOPHER M. PETERSON
Nevada Bar No. 13932
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
Tel./Fax. (702) 366-1902 / (702) 366-1331
Email: Peterson@aclunv.org

/s/ *Christopher Peterson*
Christopher Peterson

LISA A. RASMUSSEN
Nevada Bar No. 7491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Tel./Fax (702) 222-0007 / (702) 222-0001
Email: Lisa@VeldLaw.com

ROBERT L. LANGFORD
Nevada Bar No. 3988
MATTHEW J. RASHBROOK
Nevada Bar No. 12477
ROBERT L. LANGFORD & ASSOCIATES
616 South Eighth Street
Las Vegas, NV 89101
Tel./Fax (702) 471-6565 / (702) 991-4223
Email: Robert@robertlangford.com
Email: Matt@robertlangford.com

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: November 29, 2021