**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department, Sheriff Joseph Lombardo,
   Andrew Bauman, Matthew Kravetz, Supreet Kaur,
   David Jeong, and Theron Young

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP SEMPER, an individual; COREY JOHNSON, an individual; ASHLEY MEDLOCK, an individual; CORY BASS, an individual; MICHAEL GREEN, an individual; DEMARLO RILEY, an individual; BREANNA NELLUMS, an individual; CLINTON REECE, an individual; ANTONIO WILLIAMS, an individual; LONICIA BOWIE, an individual; CARLOS BASS, an individual; and DEMETREUS BEARD, an individual,<br><br>                Plaintiffs,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; THERON YOUNG, individually and | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS**<br><br>**(SECOND REQUEST)** |

MAC:14687-296 4622669_1 2/14/2022 1:57 PM

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | in his capacity as a Las Vegas Metropolitan Police Department Officer; CAESARS ENTERTAINMENT CORPORATION D/B/A RIO ALL-SUITES HOTEL; RIO PROPERTIES, LLC; JOHN CARLISLE, individually and in his capacity as an employee of the Rio Hotel & Casino; DOE LVMPD GANG TASK FORCE OFFICERS 1-10; DOE LVMPD OFFICERS 1-10; DOE LVMPD SUPERVISORS 1-5; DOE RIO EMPLOYEES 1-10,<br><br>                    Defendants. |

## STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS

## (SECOND REQUEST)

Plaintiffs Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie, by and through their counsel of record, Christopher M. Peterson, Esq., of American Civil Liberties Union of Nevada, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby stipulate and agree to stay all pending deadlines so that Plaintiffs and LVMPD Defendants can enter into settlement discussions and negotiations without incurring additional attorney's fees and costs. This Stipulation is being entered in good faith and not for purposes of delay.

1.      Throughout the instant litigation, counsel for the LVMPD Defendants and identified Plaintiffs have informally discussed the possibility of settlement.

2.      At this stage, LVMPD Defendants and the identified Plaintiffs have conducted some discovery and now wish to explore the possibility of settlement without incurring additional time and expense litigating the instant matter.

MAC:14687-296 4622669_1 2/14/2022 1:57 PM

1   3. As such, LVMPD Defendants and the identified Plaintiffs hereby agree and
2   request the Court enter a stay of all deadlines in the instant case previously set for February
3   15, 2022. The parties ask to extend the current stay until March 1, 2022, so that LVMPD
4   Defendants can review Plaintiffs' settlement offer.

5   4. This is the second request for a stay for purposes of settlement negotiations.

6   5. The identified Plaintiffs and LVMPD Defendants further agree and stipulate
7   that the stay does not effect any pending or outstanding written discovery responses and
8   such responses are due in accordance with the Federal Rules of Civil Procedure.

9   6. The identified Plaintiffs and LVMPD Defendants further agree that the re-
10  scheduling of any and all depositions is stayed until March 1, 2022.

11  7. Notwithstanding the stay, the identified Plaintiffs and LVMPD Defendants
12  intend to and hereby agree to cooperate in the exchange of information as needed to
13  facilitate settlement.

14  . . .
15  . . .
16  . . .
17  . . .
18  . . .
19  . . .
20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .

Page 3 of 5

8. If the parties do not reach a settlement during the stay, the parties further agree and stipulate that the parties will submit a new proposed Discovery plan to the Court within fourteen (14) days of the expiration of the stay. The parties agree that the new proposed Discovery Plan must provide, at a minimum, the same number of days to complete the parties' outstanding obligations, including amending the complaint and disclosing expert witnesses, as the current Discovery Plan but for the implementation of the stay provided by this stipulation.

IT IS SO STIPULATED.

Dated this 14th day of February, 2022

AMERICAN CIVIL LIBERTIES UNION OF NEVADA

By: /s/ Christopher M. Peterson
Christopher M. Peterson, Esq.
Nevada Bar No. 13932
601 South Rancho Drive, Suite B-11
Las Vegas, Nevada 89106
Attorneys for Plaintiffs Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie

Dated this 14th day of February, 2022

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Andrew Bauman, Matthew Kravetz, Supreet Kaur, David Jeong, and Theron Young

**ORDER**

IT IS SO ORDERED this 14th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE