**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Sheriff Joseph Lombardo,
  Andrew Bauman, Matthew Kravetz, Supreet Kaur,
  David Jeong, and Theron Young

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP SEMPER, an individual; COREY JOHNSON, an individual; ASHLEY MEDLOCK, an individual; CORY BASS, an individual; MICHAEL GREEN, an individual; DEMARLO RILEY, an individual; BREANNA NELLUMS, an individual; CLINTON REECE, an individual; ANTONIO WILLIAMS, an individual; LONICIA BOWIE, an individual; CARLOS BASS, an individual; and DEMETREUS BEARD, an individual,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; CAESARS | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO REPRESENTED PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | ENTERTAINMENT CORPORATION D/B/A RIO ALL-SUITES HOTEL; RIO PROPERTIES, LLC; JOHN CARLISLE, individually and in his capacity as an employee of the Rio Hotel & Casino; DOE LVMPD GANG TASK FORCE OFFICERS 1-10; DOE LVMPD OFFICERS 1-10; DOE LVMPD SUPERVISORS 1-5; DOE RIO EMPLOYEES 1-10, |
| | Defendants. |

**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO REPRESENTED PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF**

**(FIRST REQUEST)**

The Represented Plaintiffs and LVMPD Defendants, by and through their undersigned counsel of record, hereby agree and jointly stipulate that LVMPD Defendants' Response to Represented Plaintiffs' Motion for Leave to File Amended Complaint for Permanent Injunction and Other Equitable Relief [ECF No. 82], currently due on August 16, 2022, be extended to and including Tuesday, August 23, 2022. The Represented Plaintiffs and LVMPD Defendants further agree that the Reply in Support of the Motion to Dismiss shall be due on Tuesday, September 6, 2022.

Counsel for Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants") has competing deadlines and has been conducting several depositions in Lance-Downes Covington, et al. v. Las Vegas Metropolitan Police Department, 2:20-cv-01790-GMN-DJA, the week of August 8, 2022 and August 15, 2022 and has not had sufficient opportunity to prepare a response to the Motion to Amend. Furthermore, counsel for Represented Plaintiff's will be out of the jurisdiction and will need additional time to file a reply. This request for extension is made in good faith and necessary to provide additional time for preparation of the response and not for the purposes of delay.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-296 4811716_1

WHEREFORE, the parties respectfully request that the Response be extended to and including Tuesday, August 23, 2022 and the Reply shall be due on Tuesday, September 6, 2022.

| | |
|---|---|
| Dated this 16th day of August, 2022 | Dated this 16th day of August, 2022 |
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | MARQUIS AURBACH |
| By:  /s/ Christopher M. Peterson<br>Christopher M. Peterson, Esq.<br>Nevada Bar No. 13932<br>601 South Rancho Drive, Suite B-11<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiffs Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie | By:  /s/ Jackie V. Nichols<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Andrew Bauman, Matthew Kravetz, Supreet Kaur, David Jeong, and Theron Young |

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 16th day of August, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE