**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department, Sheriff Joseph Lombardo,
   Andrew Bauman, Matthew Kravetz, Supreet Kaur,
   David Jeong, and Theron Young

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP SEMPER, an individual; COREY JOHNSON, an individual; ASHLEY MEDLOCK, an individual; CORY BASS, an individual; MICHAEL GREEN, an individual; DEMARLO RILEY, an individual; BREANNA NELLUMS, an individual; CLINTON REECE, an individual; ANTONIO WILLIAMS, an individual; LONICIA BOWIE, an individual; CARLOS BASS, an individual; and DEMETREUS BEARD, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; CAESARS | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**<u>STIPULATION AND ORDER</u>** |

| | |
|---|---|
| 1 | ENTERTAINMENT CORPORATION D/B/A RIO ALL-SUITES HOTEL; RIO PROPERTIES, LLC; JOHN CARLISLE, individually and in his capacity as an employee of the Rio Hotel & Casino; DOE LVMPD GANG TASK FORCE OFFICERS 1-10; DOE LVMPD OFFICERS 1-10; DOE LVMPD SUPERVISORS 1-5; DOE RIO EMPLOYEES 1-10, |

Defendants.

## STIPULATION AND ORDER

The Represented Plaintiffs, Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie, by and through their counsel of record, Christopher M. Peterson, Esq., of American Civil Liberties Union of Nevada and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following:

1. Pursuant to Fed. R. Civ. P. 15, the Represented Plaintiffs and LVMPD Defendants agree to the filing of the Second Amended Complaint as proposed to the Motion for Leave to Amend. *See* ECF No. 82.

2. The Represented Parties and LVMPD Defendants agree that an Answer or Motion to Dismiss shall be due 21 days from the filing of the Second Amended Complaint.

. . .
. . .
. . .
. . .
. . .
. . .

MAC:14687-296 4819425_1 8/23/2022 3:43 PM

3. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

| Dated this 23rd day of August, 2022 | Dated this 23rd day of August, 2022 |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | MARQUIS AURBACH |
| By: /s/ Christopher M. Peterson<br>Christopher M. Peterson, Esq.<br>Nevada Bar No. 13932<br>601 South Rancho Drive, Suite B-11<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiffs Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie | By: /s/ Jackie V. Nichols<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Andrew Bauman, Matthew Kravetz, Supreet Kaur, David Jeong, and Theron Young |

### ORDER

IT IS HEREBY ORDERED that the above Stipulation (ECF No. 87) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Leave to File Amended Complaint (ECF No. 82) is DENIED as moot.

Dated this 23rd day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

MAC:14687-296 4819425_1 8/23/2022 3:43 PM