**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Las Vegas Metropolitan Police
    Department, Andrew Bauman, Matthew Kravetz, Supreet
    Kaur, David Jeong, and Theron Young

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CONNIE SEMPER[1] , an individual;
ASHLEY MEDLOCK, an individual;
LONICIA BOWIE, an individual; MICHAEL
GREEN, an individual; CLINTON REECE,
an individual; COREY JOHNSON, an
individual; DEMARLO RILEY, an
individual; CORY BASS, an individual;
CARLOS BASS, an individual; BREANNA
NELLUMS, an individual; and ANTONIO
WILLIAMS, an individual,

                              Plaintiffs,

    vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, in its official capacity;
ANDREW BAUMAN, individually and in
his capacity as a Las Vegas Metropolitan
Police Department Officer; DAVID JEONG,
individually and in his capacity as a Las
Vegas Metropolitan Police Department
Officer; SUPREET KAUR, individually and
in his capacity as a Las Vegas Metropolitan
Police Department Officer; MATTHEW
KRAVETZ, individually and in his capacity
as a Las Vegas Metropolitan Police
Department Officer; and THERON YOUNG,
individually and in his capacity as a Las
Vegas Metropolitan Police Department
Officer,

                              Defendants.

Case Number:
2:20-cv-01875-JCM-EJY

**STIPULATION AND ORDER TO
EXTEND LVMPD DEFENDANTS'
REPLY IN SUPPORT MOTION FOR
PARTIAL DISMISSAL OF
PLAINTIFFS' SECOND AMENDED
COMPLAINT**

**(FIRST REQUEST)**

---

[1] Pursuant to FRCP 25, Ms. Semper has been substituted for Phillip Semper pursuant to this court's
order date January 13, 2022, as she is the executrix of his estate.

MAC:14687-296 4876358_1 10/18/2022 1:34 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

**(FIRST REQUEST)**

The Represented Plaintiffs, Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie, by and through their counsel of record, Christopher M. Peterson, Esq., of American Civil Liberties Union of Nevada and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following:

1.     LVMPD Defendants filed its Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint on September 26, 2022 [ECF No. 92];

2.     Plaintiffs' Opposition to LVMPD Defendants filed its Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint was filed on October 11, 2022 [ECF No. 94];

3.     LVMPD Defendants' counsel has a scheduling conflict and is unable to meet the deadline of October 18, 2022 currently scheduled for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint;

4.     The Parties have agreed to a 1-day extension for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint;

5.     Accordingly, the deadline for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint, currently due on October 18, 2022, be extended to and including Wednesday, October 19, 2022;

6.     This is the Parties' first request to extend the deadline to LVMPD Defendants' Reply in Support of Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint; and

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-296 4876358_1 10/18/2022 1:34 PM

1    7.    This Stipulation is being entered in good faith and not for purposes of delay.

2    IT IS SO STIPULATED.

3    Dated this 18th day of October, 2022          Dated this 18th day of October, 2022

4    AMERICAN CIVIL LIBERTIES UNION          MARQUIS AURBACH
     OF NEVADA

5
     By:   /s/ Christopher M. Peterson          By:   /s/ Jackie V. Nichols
6          Christopher M. Peterson, Esq.               Craig R. Anderson, Esq.
           Nevada Bar No. 13932                         Nevada Bar No. 6882
7          601 South Rancho Drive, Suite B-11          Jackie V. Nichols, Esq.
           Las Vegas, Nevada 89106                      Nevada Bar No. 14246
8          Attorneys for Plaintiffs Connie Denise       10001 Park Run Drive
           Semper, as Special Administrator for the     Las Vegas, Nevada 89145
9          Estate of Phillip Semper, Corey Johnson,     Attorneys for Defendants Las Vegas
           Ashley Medlock, Michael Green,              Metropolitan Police Department,
10         Demarlo Riley, Clinton Reece, and           Andrew Bauman, Matthew Kravetz,
           Lonicia Bowie                               Supreet Kaur, David Jeong, and Theron
11                                                     Young

12                              **ORDER**

13         The above Stipulation is hereby GRANTED.

14         DATED October 18, 2022.

15

16         _____
17         UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 18th day of October, 2022.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-296 4876358_1 10/18/2022 1:34 PM