**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department, Andrew Bauman, Matthew Kravetz,
   Supreet Kaur, David Jeong, and Theron Young

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CONNIE SEMPER[1], an individual; ASHLEY MEDLOCK, an individual; LONICIA BOWIE, an individual; MICHAEL GREEN, an individual; CLINTON REECE, an individual; COREY JOHNSON, an individual; DEMARLO RILEY, an individual; CORY BASS, an individual; CARLOS BASS, an individual; BREANNA NELLUMS, an individual; and ANTONIO WILLIAMS, an individual,<br><br>              Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; and THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer,<br><br>              Defendants. | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br><br>**(FIFTH REQUEST)** |

---

[1] Pursuant to FRCP 25, Ms. Semper has been substituted for Phillip Semper pursuant to this court's order date January 13, 2022, as she is the executrix of his estate.

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**

**(FIFTH REQUEST)**

The Represented Plaintiffs, Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie ("Plaintiffs") and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants"), by their respective counsel, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines an additional **twenty-one (21) days.** This Stipulation is being entered in good faith and not for purposes of delay (supplemented information noted in **bold-face** type).

I.  **STATUS OF DISCOVERY.**

   A.  **PLAINTIFFS' DISCOVERY.**

   1.  Plaintiffs' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 6, 2021;

   2.  Plaintiffs' First Set of Interrogatories to Defendant Andrew Bauman dated July 22, 2021;

   3.  Plaintiffs' First Set of Requests for Production to Defendant Andrew Bauman dated July 22, 2021;

   4.  Plaintiffs' First Set of Interrogatories to Defendant David Jeong dated July 22, 2021;

   5.  Plaintiffs' First Set of Requests for Production to Defendant David Jeong dated July 22, 2021;

   6.  Plaintiffs' First Set of Interrogatories to Defendant Supreet Kaur dated July 22, 2021;

7. Plaintiffs' First Set of Requests for Production to Defendant Supreet Kaur dated July 22, 2021;

8. Plaintiffs' First Set of Interrogatories to Defendant Matthew Kravetz dated July 22, 2021;

9. Plaintiffs' First Set of Requests for Production to Defendant Matthew Kravetz dated July 22, 2021;

10. Plaintiffs' First Set of Interrogatories to Defendant LVMPD dated July 22, 2021;

11. Plaintiffs' First Set of Requests for Production to Defendant LVMPD dated July 22, 2021;

12. Plaintiffs' First Set of Interrogatories to Defendant Theron Young dated July 22, 2021;

13. Plaintiffs' First Set of Requests for Production to Defendant Theron Young dated July 22, 2021;

14. Plaintiffs' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 30, 2021;

15. Plaintiffs' Second Set of Interrogatories to LVMPD dated July 30, 2021;

16. Plaintiffs' Second Set of Requests for Production of Documents to LVMPD dated July 30, 2021;

17. Plaintiffs' Third Set of Requests for Production to LVMPD dated October 22, 2021;

18. Plaintiffs' Fourth Set of Requests for Production of Documents to LVMPD dated March 31, 2022;

19. Plaintiffs' Second Supplemental FRCP 26.1 Disclosures dated March 31, 2022;

20. Plaintiff Corey Johnson's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

21. Plaintiff Corey Johnson's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

22. Plaintiff Connie Semper's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

23. Plaintiff Connie Semper's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

24. Plaintiff Michael Green's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

25. Plaintiff Michael Green's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

26. Plaintiff Ashley Medlock's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

27. Plaintiff Ashley Medlock's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

28. Plaintiff Lonicia Bowie's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

29. Plaintiff Lonicia Bowie's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

30. Plaintiff Clinton Reece's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

31. Plaintiff Clinton Reece's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

32. Plaintiff Demarlo Riley's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

33. Plaintiff Demarlo Riley's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

34. Plaintiffs' Third Set of Interrogatories to LVMPD dated February 8, 2023;

35. Plaintiffs' Second Set of Interrogatories to Defendant Andrew Bauman dated February 16, 2023;

36. Plaintiffs' First Set of Requests for Admissions to Defendant Andrew Bauman dated February 16, 2023;

37. Plaintiffs' Fifth Set of Requests for Production to LVMPD dated February 27, 2023;

38. Michael Green's First Amended Answers to LVMPD's First Set of Interrogatories dated March 23, 2023;

39. Plaintiffs' Third Supplemental FRCP 26.1 Disclosures dated February 27, 2023;

**40. Plaintiffs' Expert Witness 26.1 FRCP Disclosures dated July 17, 2023;**

**41. Plaintiffs' Fourth Supplemental FRCP 26.1 Disclosures dated July 31, 2023;**

**42. Plaintiffs' Fourth Set of Interrogatories to LVMPD dated August 9, 2023;**

**43. Plaintiffs' Sixth Set of Requests for Production to LVMPD dated August 9, 2023;**

**44. Plaintiffs' First Set of Requests for Admissions to LVMPD dated August 9, 2023;**

**45. Plaintiffs' Fifth Supplemental FRCP 26.1 Disclosures dated August 24, 2023;**

**46. Corey Johnson's Amended Answers to LVMPD's First Set of Requests for Admissions dated August 28, 2023;**

**47. Connie Semper's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;**

**48. Demarlo Riley's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;**

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

**49.    Clinton Reece's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;**

**50.    Ashley Medlock's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;**

**51.    Michael Green's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023; and**

**52.    Lonicia Bowie's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023.**

B.    DEFENDANTS' DISCOVERY.

53.    LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 6, 2021;

54.    Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant Andrew Bauman dated August 31, 2021;

55.    Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant Andrew Bauman dated August 31, 2021;

56.    Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant David Jeong dated August 31, 2021;

57.    Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant David Jeong dated August 31, 2021;

58.    Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant Supreet Kaur dated August 31, 2021;

59.    Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant Supreet Kaur dated August 31, 2021;

60.    Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant Matthew Kravetz dated August 31, 2021;

61.    Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant Matthew Kravetz dated August 31, 2021;

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

62. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant LVMPD dated August 31, 2021;

63. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant LVMPD dated August 31, 2021;

64. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant Theron Young dated August 31, 2021;

65. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant Theron Young dated August 31, 2021;

66. Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 31, 2021;

67. Defendant's Answers to Plaintiffs' Second Set of Interrogatories to LVMPD dated September 1, 2021;

68. Defendant's Responses to Plaintiffs' Second Set of Requests for Production of Records to LVMPD dated September 1, 2021;

69. Theron Young's Amended Answers to Plaintiffs' First Set of Interrogatories dated September 8, 2021;

70. LVMPD's Amended Answers to Plaintiffs' First Set of Interrogatories dated September 16, 2021;

71. LVMPD's Supplemental Responses to Plaintiffs' First Set of Requests for Production dated November 2, 2021;

72. LVMPD Defendants' Second Supplemental FRCP 26.1 Disclosures dated November 3, 2021;

73. LVMPD's Responses to Plaintiffs' Third Set of Requests for Production dated November 23, 2021;

74. LVMPD Defendants' Third Supplemental FRCP 26.1 Disclosures dated November 23, 2021;

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

75. LVMPD Defendants' Fourth Supplemental FRCP 26.1 Disclosures dated February 3, 2023;

76. LVMPD Defendants' Fifth Supplemental FRCP 26.1 Disclosures dated March 14, 2022;

77. LVMPD Defendants' First Set of Interrogatories to Plaintiff Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper dated March 16, 2022;

78. LVMPD Defendants' First Set of Interrogatories to Plaintiff Corey Johnson dated March 16, 2022;

79. LVMPD Defendants' First Set of Interrogatories to Plaintiff Ashley Medlock dated March 16, 2022;

80. LVMPD Defendants' First Set of Interrogatories to Plaintiff Michael Green dated March 16, 2022;

81. LVMPD Defendants' First Set of Interrogatories to Plaintiff Demarlo Riley dated March 16, 2022;

82. LVMPD Defendants' First Set of Interrogatories to Plaintiff Clinton Reece dated March 16, 2022;

83. LVMPD Defendants' First Set of Interrogatories to Plaintiff Lonicia Bowie dated March 16, 2022;

84. LVMPD Defendants' First Set of Interrogatories to Plaintiff Cory Bass dated March 16, 2022;

85. LVMPD Defendants' First Set of Interrogatories to Plaintiff Antonio Williams dated March 16, 2022;

86. LVMPD Defendants' First Set of Interrogatories to Plaintiff Breanna Nellums dated March 16, 2022;

87. LVMPD Defendants' First Set of Interrogatories to Plaintiff Carlos Bass dated March 16, 2022;

88. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper dated March 16, 2022;

89. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Corey Johnson dated March 16, 2022;

90. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Ashley Medlock dated March 16, 2022;

91. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Michael Green dated March 16, 2022;

92. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Demarlo Riley dated March 16, 2022;

93. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Clinton Reece dated March 16, 2022;

94. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Lonicia Bowie dated March 16, 2022;

95. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Cory Bass dated March 16, 2022;

96. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Antonio Williams dated March 16, 2022;

97. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Breanna Nellums dated March 16, 2022;

98. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Carlos Bass dated March 16, 2022;

99. LVMPD's Responses to Plaintiffs' Fourth Set of Requests for Production dated May 10, 2022;

100. LVMPD Defendants' Sixth Supplemental FRCP 26.1 Disclosures dated May 10, 2022;

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

101. LVMPD's Second Supplemental Responses to Plaintiffs' First Set of Requests for Production dated August 16, 2022;

102. LVMPD's First Supplemental Responses to Plaintiffs' Third Set of Requests for Production dated August 16, 2022;

103. LVMPD Defendants' Seventh Supplemental FRCP 26.1 Disclosures dated August 16, 2022;

104. LVMPD Defendants' Eighth Supplemental FRCP 26.1 Disclosures dated December 7, 2022;

105. LVMPD Defendants' Ninth Supplemental FRCP 26.1 Disclosures dated January 12, 2023;

106. LVMPD Defendants' Tenth Supplemental FRCP 26.1 Disclosures dated February 2, 2023;

107. LVMPD's Answers to Plaintiffs' Third Set of Interrogatories dated March 20, 2023;

108. Andrew Bauman's Answers to Plaintiffs' Second Set of Interrogatories dated March 21, 2023;

109. Andrew Bauman's Answers to Plaintiffs' First Set of Requests for Admissions dated March 21, 2023;

110. LVMPD's Responses to Plaintiffs' Fifth Set of Requests for Production dated April 5, 2023; and

111. LVMPD Defendants' Eleventh Supplemental FRCP 26.1 Disclosures dated April 5, 2023.

**C.    DEPOSITIONS.**

1. Plaintiffs deposed Defendant Officer Andrew Bauman on November 9, 2021.

2. Plaintiffs deposed Officer Nicholas Brigandi on April 18, 2022.

3. Plaintiffs deposed Det. Blake Walford on May 11, 2022.

4. Plaintiffs deposed Defendant Officer Theron Young on May 16, 2022.

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

5. Plaintiffs deposed Defendant Officer Supreet Kaur on August 31, 2022.

6. Plaintiffs deposed Defendant Officer Matthew Kravetz on September 6, 2022.

7. Plaintiffs deposed FRCP 30(b)(6) of LVMPD (Landon Reyes) on December 13, 2022;

8. Plaintiffs deposed FRCP 30(b)(6) of LVMPD (Fred Haas) on January 10, 2023;

9. LVMPD Defendants deposed/recorded Non-Appearance of *Plaintiff Pro Per* Cory Bass on March 13, 2023;

10. LVMPD Defendants deposed/recorded Non-Appearance of *Plaintiff Pro Per* Carlos Bass on March 13, 2023;

11. LVMPD Defendants deposed/recorded Non-Appearance of *Plaintiff Pro Per* Breanna Nellums on March 15, 2023;

12. LVMPD Defendants deposed/recorded Non-Appearance of *Plaintiff Pro Per* Antonio Williams on March 15, 2023;

13. LVMPD Defendants deposed of Plaintiff Michael Green on March 27, 2023.

**14.** **LVMPD Defendants deposed of Plaintiff Lonicia Bowie on August 21, 2023;**

**15.** **LVMPD Defendants deposed of Plaintiff Counnie Walker [Connie Semper] on August 22, 2023;**

**16.** **LVMPD Defendants deposed of Plaintiff Clinton Reece on August 22, 2023;**

**17.** **LVMPD Defendants deposed of Plaintiffs' Expert Ana Muñiz, Ph.D. on August 25, 2023;**

**18.** **LVMPD Defendants deposed of Plaintiff Corey Johnson on August 28, 2023; and**

**19.** **LVMPD Defendants deposed of Plaintiff Demarlo Riley on September 11, 2023.**

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

## II. DISCOVERY THAT REMAINS TO BE COMPLETED.

The Parties are actively conducting discovery. For the reasons explained below, the Parties will need additional time to respond to written discovery and conduct depositions.

## III. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

Pursuant to Local Rule 26-3, the Parties submit that good causes exists for the extension requested. This is the fifth request for an extension of discovery deadlines in this matter. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, and that a request made within 21 days must be supported by a showing of good cause. Any modifications to the scheduling order to deadlines that have since passed may only be approved upon the showing of excusable neglect. *See* Fed. R. Civ. P. 6(b)(1); *LaNier v. United States*, Case No. 15cv360-BAS (BLM), 2017 WL 951040, at *4 (S.D. Cal. Mar. 10, 2017) (requiring a showing of good cause and excusable neglect if request for extension is made after deadline passes); *Herrera v. Hitman Fight Gear, LLC*, No. CV 12-7927 AG (VBKX), 2013 WL 12138586, at *3 (C.D. Cal. Nov. 18, 2013) (same). As the discovery cut off deadline is September 14, 2023, the Parties request for an extension must be supported by good cause.

The Parties have been diligently conducting discovery and continue to conduct discovery. However, due to unforeseen circumstances, the Parties have been unable to complete three depositions that the Parties had scheduled to complete prior to the current discovery cut off.

Parties began Clinton Reece's deposition on August 22, 2023, but counsel for LVMPD had a childcare emergency that arose approximately an hour into the deposition, requiring that Clinton Reece's deposition be terminated prior to the completion of the deposition. The Parties stipulated to continue Clinton Reece's deposition to September 11, 2023, but due to a funeral, Clinton Reece was ultimately unavailable to be deposed on that date. The Parties now need more time to complete his deposition.

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

The Parties also had previously scheduled a FRCP 30(b)(6) deposition of a LVMPD designee for September 13, 2023, and Ashley Medlock's deposition for September 14, 2023. Due to an out-of-town family emergency that arose on September 12, 2023, counsel for LVMPD now cannot attend those depositions. Plaintiff's counsel is amendable to rescheduling those depositions but more time will be needed to calendar them.

Finally, due to the emergency, additional time is needed for LVMPD to complete outstanding discovery responses and to allow time for the parties to meet and confer over any outstanding discovery issues.

Except for these unforeseen complications, Parties would have been able to complete discovery as planned as all depositions were scheduled prior to the current cut off. Accordingly, the Parties respectfully submit that good cause exists to extend the discovery deadlines in this matter.

## IV. ~~PROPOSED~~ SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

|  | **Current Deadline** | ~~Proposed~~ **New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | March 18, 2023 | **Past Due/Unchanged** |
| Initial Expert Disclosures | July 17, 2023 | **Past Due/Unchanged** |
| Rebuttal Expert Disclosures | August 16, 2023 | **Past Due/Unchanged** |
| Discovery Cut-Off | September 14, 2023 | **October 5, 2023** |
| Dispositive Motions | October 13, 2023 | **November 3, 2023** |
| Pretrial Order | November 13, 2023 | **December 4, 2023** (If dispositive motions are filed, the deadline for shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

. . .

. . .

. . .

MAC:14687-296 5221189_3 9/13/2023 10:11 AM

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional **twenty-one (21) days** so that the parties may conduct depositions.

IT IS SO STIPULATED.

Dated this 13th day of September, 2023

AMERICAN CIVIL LIBERTIES UNION
OF NEVADA

By:   /s/ Christopher M. Peterson
   Christopher M. Peterson, Esq.
   Nevada Bar No. 13932
   Jacob Smith, Esq.
   Nevada Bar No. 16324
   Sadmira Ramic, Esq.
   Nevada Bar No. 15984
   4362 W. Cheyenne Avenue
   North Las Vegas, Nevada 89032
   Attorneys for Plaintiffs Connie Denise
   Semper, as Special Administrator for
   The Estate of Phillip Semper, Corey
   Johnson, Ashley Medlock, Michael
   Green, Demarlo Riley, Clinton Reece,
   and Lonicia Bowie

Dated this 13th day of September, 2023

MARQUIS AURBACH

By:   /s/ Jackie V. Nichols
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorneys for Defendants Las Vegas
   Metropolitan Police Department,
   Sheriff Joseph Lombardo, Andrew
   Bauman, Matthew Kravetz, Supreet
   Kaur, David Jeong, and Theron Young

## ORDER

IT IS SO ORDERED this 13th day of September, 2023.

_____
United States Magistrate Judge