**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department, Andrew Bauman, Matthew Kravetz,
   Supreet Kaur, David Jeong, and Theron Young

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CONNIE SEMPER[1], an individual; ASHLEY MEDLOCK, an individual; LONICIA BOWIE, an individual; MICHAEL GREEN, an individual; CLINTON REECE, an individual; COREY JOHNSON, an individual; DEMARLO RILEY, an individual; CORY BASS, an individual; CARLOS BASS, an individual; BREANNA NELLUMS, an individual; and ANTONIO WILLIAMS, an individual,<br><br>                 Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; and THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer,<br><br>                 Defendants. | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**(TENTH REQUEST)** |

---

[1] Pursuant to FRCP 25, Ms. Semper has been substituted for Phillip Semper pursuant to this court's order date January 13, 2022, as she is the executrix of his estate.

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE (TENTH REQUEST)**

The Represented Plaintiffs, Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie ("Plaintiffs") and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants"), by their respective counsel, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines an additional **3 days.** This Stipulation is being entered in good faith and not for purposes of delay (supplemented information noted in **bold-face** type).

I.  **STATUS OF DISCOVERY.**

   A.  **PLAINTIFFS' DISCOVERY.**

   1. Plaintiffs' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 6, 2021;

   2. Plaintiffs' First Set of Interrogatories to Defendant Andrew Bauman dated July 22, 2021;

   3. Plaintiffs' First Set of Requests for Production to Defendant Andrew Bauman dated July 22, 2021;

   4. Plaintiffs' First Set of Interrogatories to Defendant David Jeong dated July 22, 2021;

   5. Plaintiffs' First Set of Requests for Production to Defendant David Jeong dated July 22, 2021;

   6. Plaintiffs' First Set of Interrogatories to Defendant Supreet Kaur dated July 22, 2021;

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

7. Plaintiffs' First Set of Requests for Production to Defendant Supreet Kaur dated July 22, 2021;

8. Plaintiffs' First Set of Interrogatories to Defendant Matthew Kravetz dated July 22, 2021;

9. Plaintiffs' First Set of Requests for Production to Defendant Matthew Kravetz dated July 22, 2021;

10. Plaintiffs' First Set of Interrogatories to Defendant LVMPD dated July 22, 2021;

11. Plaintiffs' First Set of Requests for Production to Defendant LVMPD dated July 22, 2021;

12. Plaintiffs' First Set of Interrogatories to Defendant Theron Young dated July 22, 2021;

13. Plaintiffs' First Set of Requests for Production to Defendant Theron Young dated July 22, 2021;

14. Plaintiffs' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 30, 2021;

15. Plaintiffs' Second Set of Interrogatories to LVMPD dated July 30, 2021;

16. Plaintiffs' Second Set of Requests for Production of Documents to LVMPD dated July 30, 2021;

17. Plaintiffs' Third Set of Requests for Production to LVMPD dated October 22, 2021;

18. Plaintiffs' Fourth Set of Requests for Production of Documents to LVMPD dated March 31, 2022;

19. Plaintiffs' Second Supplemental FRCP 26.1 Disclosures dated March 31, 2022;

20. Plaintiff Corey Johnson's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

21. Plaintiff Corey Johnson's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

22. Plaintiff Connie Semper's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

23. Plaintiff Connie Semper's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

24. Plaintiff Michael Green's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

25. Plaintiff Michael Green's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

26. Plaintiff Ashley Medlock's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

27. Plaintiff Ashley Medlock's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

28. Plaintiff Lonicia Bowie's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

29. Plaintiff Lonicia Bowie's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

30. Plaintiff Clinton Reece's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

31. Plaintiff Clinton Reece's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

32. Plaintiff Demarlo Riley's Answers to Defendants' First Set of Requests for Admissions dated April 15, 2022;

33. Plaintiff Demarlo Riley's Answers to Defendants' First Set of Interrogatories dated April 15, 2022;

34. Plaintiffs' Third Set of Interrogatories to LVMPD dated February 8, 2023;

35. Plaintiffs' Second Set of Interrogatories to Defendant Andrew Bauman dated February 16, 2023;

36. Plaintiffs' First Set of Requests for Admissions to Defendant Andrew Bauman dated February 16, 2023;

37. Plaintiffs' Fifth Set of Requests for Production to LVMPD dated February 27, 2023;

38. Michael Green's First Amended Answers to LVMPD's First Set of Interrogatories dated March 23, 2023;

39. Plaintiffs' Third Supplemental FRCP 26.1 Disclosures dated February 27, 2023;

40. Plaintiffs' Expert Witness 26.1 FRCP Disclosures dated July 17, 2023;

41. Plaintiffs' Fourth Supplemental FRCP 26.1 Disclosures dated July 31, 2023;

42. Plaintiffs' Fourth Set of Interrogatories to LVMPD dated August 9, 2023;

43. Plaintiffs' Sixth Set of Requests for Production to LVMPD dated August 9, 2023;

44. Plaintiffs' First Set of Requests for Admissions to LVMPD dated August 9, 2023;

45. Plaintiffs' Fifth Supplemental FRCP 26.1 Disclosures dated August 24, 2023;

46. Corey Johnson's Amended Answers to LVMPD's First Set of Requests for Admissions dated August 28, 2023;

47. Connie Semper's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;

48. Demarlo Riley's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;

49. Clinton Reece's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

50. Ashley Medlock's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;

51. Michael Green's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;

52. Lonicia Bowie's Amended Answers to LVMPD's First Set for Requests for Admissions dated August 29, 2023;

53. Plaintiffs' First Set of Requests for Admission to LVMPD dated November 17, 2023; and

54. Plaintiffs' Fourth Set of Interrogatories to LVMPD dated November 17, 2023.

**B.     DEFENDANTS' DISCOVERY.**

55. LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 6, 2021;

56. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant Andrew Bauman dated August 31, 2021;

57. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant Andrew Bauman dated August 31, 2021;

58. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant David Jeong dated August 31, 2021;

59. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant David Jeong dated August 31, 2021;

60. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant Supreet Kaur dated August 31, 2021;

61. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant Supreet Kaur dated August 31, 2021;

62. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant Matthew Kravetz dated August 31, 2021;

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

63. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant Matthew Kravetz dated August 31, 2021;

64. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant LVMPD dated August 31, 2021;

65. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant LVMPD dated August 31, 2021;

66. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant Theron Young dated August 31, 2021;

67. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant Theron Young dated August 31, 2021;

68. Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 31, 2021;

69. Defendant's Answers to Plaintiffs' Second Set of Interrogatories to LVMPD dated September 1, 2021;

70. Defendant's Responses to Plaintiffs' Second Set of Requests for Production of Records to LVMPD dated September 1, 2021;

71. Theron Young's Amended Answers to Plaintiffs' First Set of Interrogatories dated September 8, 2021;

72. LVMPD's Amended Answers to Plaintiffs' First Set of Interrogatories dated September 16, 2021;

73. LVMPD's Supplemental Responses to Plaintiffs' First Set of Requests for Production dated November 2, 2021;

74. LVMPD Defendants' Second Supplemental FRCP 26.1 Disclosures dated November 3, 2021;

75. LVMPD's Responses to Plaintiffs' Third Set of Requests for Production dated November 23, 2021;

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

76. LVMPD Defendants' Third Supplemental FRCP 26.1 Disclosures dated November 23, 2021;

77. LVMPD Defendants' Fourth Supplemental FRCP 26.1 Disclosures dated February 3, 2023;

78. LVMPD Defendants' Fifth Supplemental FRCP 26.1 Disclosures dated March 14, 2022;

79. LVMPD Defendants' First Set of Interrogatories to Plaintiff Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper dated March 16, 2022;

80. LVMPD Defendants' First Set of Interrogatories to Plaintiff Corey Johnson dated March 16, 2022;

81. LVMPD Defendants' First Set of Interrogatories to Plaintiff Ashley Medlock dated March 16, 2022;

82. LVMPD Defendants' First Set of Interrogatories to Plaintiff Michael Green dated March 16, 2022;

83. LVMPD Defendants' First Set of Interrogatories to Plaintiff Demarlo Riley dated March 16, 2022;

84. LVMPD Defendants' First Set of Interrogatories to Plaintiff Clinton Reece dated March 16, 2022;

85. LVMPD Defendants' First Set of Interrogatories to Plaintiff Lonicia Bowie dated March 16, 2022;

86. LVMPD Defendants' First Set of Interrogatories to Plaintiff Cory Bass dated March 16, 2022;

87. LVMPD Defendants' First Set of Interrogatories to Plaintiff Antonio Williams dated March 16, 2022;

88. LVMPD Defendants' First Set of Interrogatories to Plaintiff Breanna Nellums dated March 16, 2022;

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

89. LVMPD Defendants' First Set of Interrogatories to Plaintiff Carlos Bass dated March 16, 2022;

90. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Connie Denise Semper, as Special Administrator for the Estate of Phillip Semper dated March 16, 2022;

91. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Corey Johnson dated March 16, 2022;

92. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Ashley Medlock dated March 16, 2022;

93. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Michael Green dated March 16, 2022;

94. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Demarlo Riley dated March 16, 2022;

95. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Clinton Reece dated March 16, 2022;

96. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Lonicia Bowie dated March 16, 2022;

97. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Cory Bass dated March 16, 2022;

98. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Antonio Williams dated March 16, 2022;

99. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Breanna Nellums dated March 16, 2022;

100. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Carlos Bass dated March 16, 2022;

101. LVMPD's Responses to Plaintiffs' Fourth Set of Requests for Production dated May 10, 2022;

102. LVMPD Defendants' Sixth Supplemental FRCP 26.1 Disclosures dated May 10, 2022;

103. LVMPD's Second Supplemental Responses to Plaintiffs' First Set of Requests for Production dated August 16, 2022;

104. LVMPD's First Supplemental Responses to Plaintiffs' Third Set of Requests for Production dated August 16, 2022;

105. LVMPD Defendants' Seventh Supplemental FRCP 26.1 Disclosures dated August 16, 2022;

106. LVMPD Defendants' Eighth Supplemental FRCP 26.1 Disclosures dated December 7, 2022;

107. LVMPD Defendants' Ninth Supplemental FRCP 26.1 Disclosures dated January 12, 2023;

108. LVMPD Defendants' Tenth Supplemental FRCP 26.1 Disclosures dated February 2, 2023;

109. LVMPD's Answers to Plaintiffs' Third Set of Interrogatories dated March 20, 2023;

110. Andrew Bauman's Answers to Plaintiffs' Second Set of Interrogatories dated March 21, 2023;

111. Andrew Bauman's Answers to Plaintiffs' First Set of Requests for Admissions dated March 21, 2023;

112. LVMPD's Responses to Plaintiffs' Fifth Set of Requests for Production dated April 5, 2023;

113. LVMPD Defendants' Eleventh Supplemental FRCP 26.1 Disclosures dated April 5, 2023;

114. LVMPD's Answers to Plaintiffs' Fourth Set of Interrogatories dated September 27, 2023;

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

115. LVMPD's Responses to Plaintiffs' Sixth Set of Requests for Production dated September 27, 2023;

116. LVMPD's Responses to Plaintiffs' First Set of Requests for Admissions dated September 27, 2023;

117. LVMPD Defendants' Twelfth Supplemental FRCP 26.1 Disclosures dated September 27, 2023;

118. LVMPD Defendants' Thirteenth Supplemental FRCP 26.1 Disclosures dated October 16, 2023;

119. LVMPD Defendants' Fourteenth Supplemental FRCP 26.1 Disclosures dated October 24, 2023;

120. LVMPD's Responses to Plaintiffs' First Set of Requests for Admission December 18, 2023;

121. LVMPD's Answers to Plaintiffs' Fourth Set of Interrogatories dated December 18, 2023;

122. LVMPD Defendants' Fifteenth Supplemental FRCP 26.1 Disclosures dated January 12, 2024; and

**123. LVMPD's Supplemental Answers to Plaintiffs' Third Set of Interrogatories dated February 22, 2024.**

**C.    DEPOSITIONS.**

1. Plaintiffs deposed Defendant Officer Andrew Bauman on November 9, 2021.

2. Plaintiffs deposed Officer Nicholas Brigandi on April 18, 2022.

3. Plaintiffs deposed Det. Blake Walford on May 11, 2022.

4. Plaintiffs deposed Defendant Officer Theron Young on May 16, 2022.

5. Plaintiffs deposed Defendant Officer Supreet Kaur on August 31, 2022.

6. Plaintiffs deposed Defendant Officer Matthew Kravetz on September 6, 2022.

7. Plaintiffs deposed FRCP 30(b)(6) of LVMPD (Landon Reyes) on December 13, 2022;

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

8. Plaintiffs deposed FRCP 30(b)(6) of LVMPD (Fred Haas) on January 10, 2023;

9. LVMPD Defendants deposed/recorded Non-Appearance of *Plaintiff Pro Per* Cory Bass on March 13, 2023;

10. LVMPD Defendants deposed/recorded Non-Appearance of *Plaintiff Pro Per* Carlos Bass on March 13, 2023;

11. LVMPD Defendants deposed/recorded Non-Appearance of *Plaintiff Pro Per* Breanna Nellums on March 15, 2023;

12. LVMPD Defendants deposed/recorded Non-Appearance of *Plaintiff Pro Per* Antonio Williams on March 15, 2023;

13. LVMPD Defendants deposed of Plaintiff Michael Green on March 27, 2023.

14. LVMPD Defendants deposed of Plaintiff Lonicia Bowie on August 21, 2023;

15. LVMPD Defendants deposed of Plaintiff Counnie Walker [Connie Semper] on August 22, 2023;

16. LVMPD Defendants deposed of Plaintiff Clinton Reece on August 22, 2023;

17. LVMPD Defendants deposed of Plaintiffs' Expert Ana Muñiz, Ph.D. on August 25, 2023;

18. LVMPD Defendants deposed of Plaintiff Corey Johnson on August 28, 2023;

19. LVMPD Defendants deposed of Plaintiff Demarlo Riley on September 11, 2023;

20. Plaintiffs deposed FRCP 30(b)(6) of LVMPD (Sgt. Shane Price) on September 29, 2023; and

21. LVMPD Defendants competed deposition of Plaintiff Clinton Reece on October 10, 2023.

## II. **DISCOVERY THAT REMAINS TO BE COMPLETED.**

Discovery is completed.

## III. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

**Parties seek (1) a 3 day extension for filing dispositive motions from March 12, 2024, to March 15, 2024, and (2) to continue the pretrial order date from April 8, 2024, to April 11, 2024.** All other deadlines will not be affected by this extension.

Parties acknowledge that a showing of good cause is necessary for any modifications to a scheduling order within 21 days of a deadline being modified. Local Rule 26-3.

Counsel for Defendants was in a three-week trial in the Eighth Judicial District Court that completed on March 6, 2024. Additionally, due to the number of parties involved and the complicated nature of the matters, Parties intend to file a motion to exceed page limits, by thirty (30) pages, prior to filing dispositive motions. As a result, the parties need additional time to finalize their motions for summary judgment and gather exhibits related to the same.

## IV. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

|  | **Current Deadline** | ~~**Proposed**~~ **New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | March 18, 2023 | **Past Due/Unchanged** |
| Initial Expert Disclosures | July 17, 2023 | **Past Due/Unchanged** |
| Rebuttal Expert Disclosures | August 16, 2023 | **Past Due/Unchanged** |
| Discovery Cut-Off | December 18, 2023 | **Past Due/Unchanged** |
| Dispositive Motions | March 12, 2024 | **March 15, 2024** |
| Pretrial Order | April 8, 2024 | **April 11, 2024** (If dispositive motions are filed, the deadline for shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

. . .

. . .

. . .

. . .

. . .

MAC:14687-296 5411618_1 3/12/2024 1:28 PM

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional **three (3) days** limited to completing disclosure of the remaining interrogatory supplementation and filing dispositive motions.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 12th day of March, 2024 | Dated this 12th day of March, 2024 |
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | MARQUIS AURBACH |
| By:   /s/ Christopher M. Peterson  <br>Christopher M. Peterson, Esq. <br>Nevada Bar No. 13932 <br>Jacob Smith, Esq. <br>Nevada Bar No. 16324 <br>Sadmira Ramic, Esq. <br>Nevada Bar No. 15984 <br>4362 W. Cheyenne Avenue <br>North Las Vegas, Nevada 89032 <br>Attorneys for Plaintiffs Connie Denise Semper, as Special Administrator for The Estate of Phillip Semper, Corey Johnson, Ashley Medlock, Michael Green, Demarlo Riley, Clinton Reece, and Lonicia Bowie | By:   /s/ Jackie V. Nichols  <br>Craig R. Anderson, Esq. <br>Nevada Bar No. 6882 <br>Jackie V. Nichols, Esq. <br>Nevada Bar No. 14246 <br>10001 Park Run Drive <br>Las Vegas, Nevada 89145 <br>Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Andrew Bauman, Matthew Kravetz, Supreet Kaur, David Jeong, and Theron Young |

## **ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 12, 2024