UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILLIP SEMPER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 2:20-cv-01875-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Extend Opposition to Plaintiffs' Motion to Strike or, in the Alternative, for Clarification (ECF No. 162). Defendants seek a three day extension of time to "file their Opposition to Plaintiffs' Motion to Strike or, in the alternative, for Clarification." The reasons provided adequately support the requested extension. What is not explained is why Defendants did not reach out to Plaintiffs to seek a stipulation to this short request for extension. In the future a request of this nature, not first presented to opposing counsel for potential agreement, will be denied without prejudice to ensure the parties speak before filing a motion.

The above said, IT IS HEREBY ORDERED that Defendants' Motion to Extend Opposition to Plaintiffs' Motion to Strike, or in the Alternative, for Clarification (ECF No. 162) is GRANTED.

Dated this 29th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1