**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police
  Department, Andrew Bauman, Matthew Kravetz, Supreet Kaur,
  David Jeong, and Theron Young

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CONNIE SEMPER[1], an individual; ASHLEY MEDLOCK, an individual; LONICIA BOWIE, an individual; MICHAEL GREEN, an individual; CLINTON REECE, an individual; COREY JOHNSON, an individual; DEMARLO RILEY, an individual; CORY BASS, an individual; CARLOS BASS, an individual; BREANNA NELLUMS, an individual; and ANTONIO WILLIAMS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; and THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer, <br><br> Defendants. | Case Number: <br> 2:20-cv-01875-JCM-EJY <br><br> **LVMPD DEFENDANTS' UNOPPOSED MOTION TO EXTEND OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR CLARIFICATION** <br><br> **(SECOND REQUEST)** |

---

[1] Pursuant to FRCP 25, Ms. Semper has been substituted for Phillip Semper pursuant to this court's order date January 13, 2022, as she is the executrix of his estate.

Page 1 of 4

**LVMPD DEFENDANTS' UNOPPOSED MOTION TO EXTEND OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR CLARIFICATION**

**(SECOND REQUEST)**

Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Andrew Bauman ("Bauman"), Matthew Kravetz ("Kravetz"), Supreet Kaur ("Kaur"), David Jeong ("Jeong"), and Theron Young ("Young"), collectively ("LVMPD Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, hereby submit their Unopposed Motion to Extend its Opposition to Plaintiffs' Motion to Strike or, in the Alternative, for Clarification [ECF No. 156].

This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

Plaintiffs filed their Motion to Strike or, in the alternative, for Clarification on April 13, 2024.  ECF No. 156.  Counsel for Defendants sought and obtained a three-day extension, from April 26, 2024 to May 1, 2024, to file their Opposition to Plaintiffs' Motion to Strike or, in the alternative, for Clarification.  ECF No. 163. Counsel for Defendants reached out to Plaintiffs' counsel seeking an additional one-day extension due to an ongoing health issue.[2] Plaintiffs' counsel indicated that there was no opposition or objection to the one day additional extension.  As indicated previously, courts within this circuit routinely recognize counsel's illness, satisfy the good cause standard for seeking an extension of time. *See e.g., Castronovo-Flihan v. State Farm Mut. Auto. Ins. Co.*, No. 220CV01197JCMDJA, 2021 WL 5413886, at *1 (D. Nev. Sept. 17, 2021) (extending deadline because Plaintiff had recently been diagnosed with an autoimmune disease); *Bryson v. Zuniga*, No. 220CV00089JADBNW, 2022 WL 225091, at *2 (D. Nev. Jan. 25, 2022) (extending

---

[2] Counsel for Defendants can provide additional details to the Court as necessary.

deadlines based in part due to counsel's personal family emergencies); *Frary v. Cnty. of Marin*, No. 12-CV-03928-MEJ, 2014 WL 2110026, at *1 (N.D. Cal. May 20, 2014) (extending deadlines because counsel had to care for his ill child).  Accordingly, the Court should find that good cause exists to extend the Opposition deadline by one day from May 1, 2024 to May 2, 2024.

This is the second motion for extension of time for LVMPD Defendants' Opposition to Plaintiffs' Motion to Strike or, in the Alternative, for Clarification.  Furthermore, counsel for Defendants conferred with Plaintiffs' counsel and there is no opposition or objection to the one-day extension sought..

Dated this 1 day of May, 2024.

MARQUIS AURBACH

By: /s/ Jackie Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas Metropolitan Police Department, Andrew Bauman, Matthew Kravetz, Supreet Kaur, David Jeong, and Theron Young

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: May 2, 2024