**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Andrew Bauman, Matthew Kravetz,
  Supreet Kaur, David Jeong, and Theron Young

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CONNIE SEMPER[1], an individual; ASHLEY MEDLOCK, an individual; LONICIA BOWIE, an individual; MICHAEL GREEN, an individual; CLINTON REECE, an individual; COREY JOHNSON, an individual; DEMARLO RILEY, an individual; CORY BASS, an individual; CARLOS BASS, an individual; BREANNA NELLUMS, an individual; and ANTONIO WILLIAMS, an individual,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; and THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer,<br>　　　　　　　　　Defendants. | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

---

[1] Pursuant to FRCP 25, Ms. Semper has been substituted for Phillip Semper pursuant to this court's order date January 13, 2022, as she is the executrix of his estate.

Page 1 of 3

MAC: 14687-296 (#5871467.1)

Pursuant to LR 7-1 and LR IA 6-1, Plaintiffs, by and through their attorneys of record, American Civil Liberties Union of Nevada and Defendants, by and through their attorneys of record, Marquis Aurbach, respectfully submit this Stipulation to Extend Deadline to File Joint Pre-Trial Order, representing their eleventh request to extend the aforementioned deadline.

1. On March 28, 2025, this Court issued its summary judgment order. ECF No. 176.

2. The Plaintiffs recently filed an unopposed Motion to Extend Time to File Pretrial Order. ECF No. 177.

3. The Parties have agreed to private mediation and based upon party availability, intend to mediate in June or July 2025.

4. In light of the mediation, the Parties request the deadline for the Joint Pretrial Order be extended until August 31, 2025.

5. Naturally, if the mediation proves successful, the Parties will notify the Court of any settlement within 10-days of the settlement.

6. No trial dates have yet been set in this matter.

7. This Stipulation is brought in good faith and is not intended to delay any adjudication of this matter.

WHEREFORE, the Parties request this Honorable Court enter an Order extending the deadline for the Parties to file their Joint Pretrial Order to **August 31, 2025.**

IT IS SO STIPULATED.

Dated this 30th day of April, 2025.

AMERICAN CIVIL LIBERTIES UNION OF NEVADA

By: */s/ Christopher Peterson*
Christopher M. Peterson, Esq.
Nevada Bar No. 13932
4362 W. Cheyenne Avenue
North Las Vegas, Nevada 89032
Attorneys for Plaintiffs

Dated this 30th day of April, 2025.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

MAC: 14687-296 (#5871467.1)

*Semper, et al. v. LVMPD, et al.*
*Case Number: 2:20-cv-01875-JCM-EJY*

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED:

_____
United States Magistrate Judge

Date:  May 1, 2025

MAC: 14687-296 (#5871467.1)