**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Andrew Bauman, Matthew Kravetz,
  Supreet Kaur, David Jeong, and Theron Young

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CONNIE SEMPER[1], an individual; ASHLEY MEDLOCK, an individual; LONICIA BOWIE, an individual; MICHAEL GREEN, an individual; CLINTON REECE, an individual; COREY JOHNSON, an individual; DEMARLO RILEY, an individual; CORY BASS, an individual; CARLOS BASS, an individual; BREANNA NELLUMS, an individual; and ANTONIO WILLIAMS, an individual,<br><br>                Plaintiffs,<br>   vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; and THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer,<br>                Defendants. | Case Number:<br>2:20-cv-01875-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(SECOND REQUEST)** |

---

[1] Pursuant to FRCP 25, Ms. Semper has been substituted for Phillip Semper pursuant to this court's order date January 13, 2022, as she is the executrix of his estate.

Page 1 of 3

Pursuant to LR 7-1 and LR IA 6-1, Plaintiffs, by and through their attorneys of record, American Civil Liberties Union of Nevada and Defendants, by and through their attorneys of record, Marquis Aurbach, respectfully submit this Stipulation to Extend Deadline to File Joint Pre-Trial Order, representing their twelfth request to extend the aforementioned deadline.

1. On March 28, 2025, this Court issued its summary judgment order. ECF No. 176.

2. The Parties filed a Stipulation and Order to extend the time to file the Joint Pretrial Order because the Parties agreed to mediation. ECF No. 180

3. The Parties private mediation is currently scheduled for September 2, 2025 with former-State Court Judge Jennifer Togliatt.

4. In light of the mediation, the Parties request the deadline for the Joint Pretrial Order be extended until November 3, 2025.

5. Naturally, if the mediation proves successful, the Parties will notify the Court of any settlement within 10-days of the settlement.

6. No trial dates have yet been set in this matter.

7. This Stipulation is brought in good faith and is not intended to delay any adjudication of this matter.

WHEREFORE, the Parties request this Honorable Court enter an Order extending the deadline for the Parties to file their Joint Pretrial Order to **November 3, 2025.**

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 12th day of August, 2025. | Dated this 12th day of August, 2025. |
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | MARQUIS AURBACH |
| By: */s/ Christopher Peterson*<br>Christopher M. Peterson, Esq.<br>Nevada Bar No. 13932<br>4362 W. Cheyenne Avenue<br>North Las Vegas, Nevada 89032<br>Attorneys for Plaintiffs | By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants |

MAC: 14687-296 (#5989919.1)

## ORDER

**IT IS HEREBY ORDERED that the Stipulation to Extend Deadline to File Joint Pre-Trial Order (ECF No. 181) is GRANTED.**

**Dated this 12th day of August, 2025.**

_____
United States Magistrate Judge

MAC: 14687-296 (#5989919.1)