**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police
  Department, Andrew Bauman, Matthew Kravetz, Supreet Kaur,
  David Jeong, and Theron Young

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE SEMPER[1], an individual; ASHLEY MEDLOCK, an individual; LONICIA BOWIE, an individual; MICHAEL GREEN, an individual; CLINTON REECE, an individual; COREY JOHNSON, an individual; DEMARLO RILEY, an individual; CORY BASS, an individual; CARLOS BASS, an individual; BREANNA NELLUMS, an individual; and ANTONIO WILLIAMS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; ANDREW BAUMAN, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; DAVID JEONG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; SUPREET KAUR, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; MATTHEW KRAVETZ, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer; and THERON YOUNG, individually and in his capacity as a Las Vegas Metropolitan Police Department Officer, <br><br> Defendants. | Case Number: <br> 2:20-cv-01875-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** <br><br> **(FOURTH REQUEST)** |

---

[1] Pursuant to FRCP 25, Ms. Semper has been substituted for Phillip Semper pursuant to this court's order date January 13, 2022, as she is the executrix of his estate.

MAC: 14687-296 (#6151531.1)

Pursuant to LR 7-1 and LR IA 6-1, Plaintiffs, by and through their attorneys of record, American Civil Liberties Union of Nevada and Defendants, by and through their attorneys of record, Marquis Aurbach, respectfully submit this Stipulation to Extend Deadline to File Joint Pretrial Order, representing their fourth request to extend the aforementioned deadline. Parties are seeking an extension making the new deadline December 5, 2025, to file this Joint Pretrial Order.

A stipulation to extend time may be supported by a showing of good cause. FRCP Rule 6; Local Rule 26-3. Good cause is not a rigorous or high standard. *Ahanchion v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

Here, there is good cause to extend the deadline because:

1. On March 28, 2025, this Court issued its summary judgment order. ECF No. 176.

2. Following this, the Parties attempted to settle this matter through mediation.

3. To provide space for mediation, the Parties filed a Stipulation and Order to extend the time to file the Joint Pretrial Order. ECF No. 180

4. After working diligently to determine a mutually agreed upon neutral, the Parties scheduled a private mediation for September 2, 2025, with Hon. Jennifer Togliatti.

5. The timing of the scheduled mediation required the Parties to request a second extension to the deadline for the Joint Pretrial Order. ECF No. 181.

6. This extension was granted and the new deadline was set to November 3, 2025. ECF No. 182.

7. In preparation for mediation Parties focused their attention on the mediation, dedicating their time to drafting mediation briefs and preparing their respective clients for mediation.

8. On August 29, 2025, LVMPD withdrew from settlement discussions and cancelled the mediation.

9. On September 15, 2025, Plaintiffs' counsel contacted Defendants' counsel to begin preparation on the Joint Pretrial Order.

10. On September 18, 2025, Parties met to discuss the drafting of the Joint Pretrial Order.

11. On October 3, 2025, Defendants' counsel provided Plaintiffs' counsel with a working draft of the Proposed Joint Pretrial Order, including initial drafts for contested and uncontested facts, contested legal issues for trial, and a list of approximately 529 exhibits that Defendants are considering presenting at trial.

12. Since receiving the draft Plaintiffs have diligently worked to review and provide objections and grounds for each exhibit, identify the exhibits Plaintiffs may offer for trial based on the claims not resolved through the cross motions for summary judgment, and consider what other relevant facts must be included in the joint trial order.

13. Parties needed additional time to negotiate objections and potentially parse down the list of exhibits.

14. Parties needed additional time to determine whether the relevant facts have been correctly categorized as contested and uncontested.

15. Parties needed additional time to determine whether any motions for clarification may be necessary in regards to the Court's orders on summary judgment.

15. Counsel for Defendants were in a federal court jury trial from October 20, 2025 thru November 3, 2025.

16. Counsel for Defendants will be out of state for a work-related matter on November 13 and 14, 2025.

17. Counsel for Defendants also had a pre-scheduled trip out of the United States scheduled from November 20, 2025 through December 1, 2025.

18. No trial dates have yet been set in this matter.

/ / /

/ / /

MAC: 14687-296 (#6151531.1)

19.  This Stipulation is brought in good faith and is not intended to delay any adjudication of this matter.

IT IS SO STIPULATED this 17th day of November, 2025.

| MARQUIS AURBACH | AMERICAN CIVIL LIBERTIES UNION OF NEVADA |
|---|---|
| By: */s/ Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants | By: *s/Christopher M. Peterson*<br>Christopher M. Peterson, Esq.<br>Nevada Bar No. 13932<br>Jacob T. S. Valentine, Esq.<br>Nevada Bar No. 16324<br>4362 W. Cheyenne Avenue<br>North Las Vegas, Nevada 89032<br>Attorneys for Plaintiffs |

**ORDER**

**IT IS SO ORDERED.**

**Date:** November 17, 2025

_____
United States Magistrate Judge

MAC: 14687-296 (#6151531.1)