UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE SEMPER, et al.,<br><br>  Plaintiffs<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>  Defendants | Case No.: 2:20-cv-01875-APG-EJY<br><br>**Order Rejecting Proposed Joint Pretrial Order**<br><br>[ECF No. 187] |

The parties' proposed Joint Pretrial Order (ECF No. 187) does not comply with Local Rules 16-3 and 16-4.

The parties identify almost all of the same trial exhibits in their respective lists, but do not stipulate to admit any of them. Even more curious, each party objects to the other side's use of the same exhibits they are offering.

Next, the plaintiffs assert they may call as witnesses "all persons identified in written discovery responses by any party." ECF No. 187 at 88. This attempt to designate almost anyone at trial violates Local Rule 16-3(b)(12).

Plaintiffs also attempt to "reserve the right to supplement this list" and "to call any and all custodians of records necessary for the sole purpose of authenticating documents, photographs, maps, records, and exhibits." There is no right to supplement, so reservation of that non-right is not permitted. And given that the parties apparently intend to use the same exhibits at trial, they should at a minimum stipulate to authenticity to avoid the need for custodians of record. LR 16-3(b)(8)(B) ("Stipulations on admissibility, authenticity, and/or identification of documents should be made whenever possible.").

Finally, the parties fail to disclose how long the trial will last. ECF No. 187 at 91 ("It is estimated that the trial will take a total of _____ days.").

Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement. The parties cannot simply wait to make trial decisions about exhibits and witnesses until the eve of trial. Such tactics prevent full participation in settlement discussions and deprive the other side the ability to efficiently prepare for trial.

I THEREFORE ORDER that the parties' Joint Pretrial Order (**ECF No. 187) is REJECTED.** The parties shall confer as required in Local Rule 16-3 and submit a Joint Pretrial Order that complies with Local Rules 16-3 and 16-4 by January 5, 2025.

DATED this 8th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE