UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE SEMPER, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01875-APG-EJY<br><br>**Order Vacating Hearing** |

Based on the parties' third proposed Joint Pretrial Order (ECF No. 192),

I HEREBY ORDER that my Order to Show Cause (ECF No. 191) is satisfied and the hearing scheduled for January 5, 2026 at 2:30 p.m. is vacated.

DATED this 29th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE