**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants Las Vegas Metropolitan Police Department, Andrew Bauman, Matthew Kravetz, Supreet Kaur, David Jeong, and Theron Young

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CONNIE SEMPER[1], an individual; ASHLEY MEDLOCK, an individual; LONICIA BOWIE, an individual; MICHAEL GREEN, an individual; CLINTON REECE, an individual; COREY JOHNSON, an individual; DEMARLO RILEY, an individual; CORY BASS, an individual; CARLOS BASS, an individual; BREANNA NELLUMS, an individual; and ANTONIO WILLIAMS, an individual,

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al.,

Defendants.

Case Number: 2:20-cv-01875-APG-EJY

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED between the Plaintiffs, by and through their attorneys of record, American Civil Liberties Union of Nevada and Defendants, by and through their attorneys of record, Marquis Aurbach, that the above-referenced matter be dismissed with prejudice;

IT IS FURTHER STIPULATED the Parties understand the Settlement Agreement is still binding even with dismissal of this matter, agree to fulfill the obligations imposed upon them by the Settlement Agreement, and may seek to enforce the Settlement Agreement if necessary; and

[1] Pursuant to FRCP 25, Ms. Semper has been substituted for Phillip Semper pursuant to this court's order date January 13, 2022, as she is the executrix of his estate.

IT IS FURTHER STIPULATED except as provided for in the Settlement Agreement between the parties each party bear their own attorney fees and costs.

IT IS SO STIPULATED this 23rd day of September, 2026.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

AMERICAN CIVIL LIBERTIES UNION OF NEVADA

By: *s/Christopher M. Peterson*
Christopher M. Peterson, Esq.
Nevada Bar No. 13932
4362 W. Cheyenne Ave.
North Las Vegas, Nevada 89032
Attorney for Plaintiffs

**ORDER**

IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice;

IT IS FURTHER ORDERED the Parties understand the Settlement Agreement is still binding even with dismissal of this matter, agree to fulfill the obligations imposed upon them by the Settlement Agreement, and may seek to enforce the Settlement Agreement if necessary; and

IT IS FURTHER ORDERED except as provided for in the Settlement Agreement between the parties each party bear their own attorney fees and costs.

IT IS SO ORDERED:

Dated: October 6, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816